| | |
|---|---|
| David R. Seligman, P.C. | Christopher M. Hayes (admitted *pro hac vice*) |
| Susan D. Golden | Alexander D. McCammon (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 601 Lexington Avenue | 300 North LaSalle |
| New York, New York 10022 | Chicago, Illinois 60654 |
| Telephone: (212) 446-4800 | Telephone: (312) 862-2000 |
| Facsimile: (212) 446-4900 | Facsimile: (312) 862-2200 |

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| EUROPCAR MOBILITY GROUP S.A.,[1] | Case No. 20-12878 (MEW) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF COMMENCEMENT OF**
**CHAPTER 15 CASE AND FINAL HEARING TO APPROVE**
**PETITION FOR RECOGNITION AS A FOREIGN MAIN PROCEEDING**
**PURSUANT TO SECTIONS 1515 AND 1517 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on the date hereof, Luc Péligry (the "Foreign Representative"), in his capacity as the authorized representative of the above-captioned debtor (the "Debtor") regarding the Debtor's foreign restructuring proceedings (the "Foreign Proceeding") before the Tribunal de Commerce de Paris (Commercial Court of Paris) in the French Republic (the "French Court"), filed (a) a voluntary petition for relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") and (b) a verified petition for recognition of the French Proceeding as a foreign main proceeding in the United States Bankruptcy Court for the Southern District of New York, which is being administered under Case

---

[1] Europcar Mobility Group S.A. is the debtor in this chapter 15 case. Europcar Mobility Group S.A. is a public limited company with registration number 489 099 903. The location of Europcar Mobility Group S.A.'s registered office is 13 ter Boulevard Berthier, 75017 Paris, France.

KE 111386841

No. 20-12878, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **January 27, 2021, at 11:00 a.m. (prevailing Eastern Time)**. The hearing will be held telephonically via Court Solutions, LLC as directed in General Order M-543, at which certain relief may be granted, and at which the Court may order the scheduling of a case management conference to consider the efficient administration of the case. Court Solutions, LLC can be accessed for registration at www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to these pleadings must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Court, and such response or objection must be in writing and set forth the basis therefor, which response or objection must be filed with the Court in accordance with General Order M-399 and shall be served upon United States counsel for the Foreign Representative: Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, Attn.: David R. Seligman, P.C., and Susan D. Golden and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn.: Christopher M. Hayes and Alexander D. McCammon, so as to be *actually received* no later than **January 20, 2021, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed by the Foreign Representative may be obtained free of charge by visiting the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to the Foreign Representative's United States counsel addressed to: Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, Attn.: David R. Seligman,

P.C., and Susan D. Golden and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn.:  Christopher M. Hayes and Alexander D. McCammon.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: December 18, 2020 | */s/ David R. Seligman, P.C.*<br>David R. Seligman, P.C.<br>Susan D. Golden<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Christopher M. Hayes (admitted *pro hac vice*)<br>Alexander D. McCammon (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois  60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Foreign Representative* |