| | |
|---|---|
| David R. Seligman, P.C. | Christopher M. Hayes (admitted *pro hac vice*) |
| Susan D. Golden | Alexander D. McCammon (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 601 Lexington Avenue | 300 North LaSalle |
| New York, New York 10022 | Chicago, Illinois 60654 |
| Telephone:  (212) 446-4800 | Telephone:  (312) 862-2000 |
| Facsimile:  (212) 446-4900 | Facsimile:  (312) 862-2200 |

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| EUROPCAR MOBILITY GROUP S.A.,[1] | Case No. 20-12878 (MEW) |
| Debtor in a Foreign Proceeding. | |

**AFFIDAVIT OF SERVICE**

I, Morgan Willis, state as follows:

I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, 300 North LaSalle Avenue, Chicago, IL 60654.

On December 28, 2020, copies of the following document were served via USPS Priority Mail and USPS First Class Mail upon the parties set forth on the service list attached hereto as **Exhibit A** and CM/ECF electronic notice on all parties who receive such notice:

- *Notice of Opening Judgment* [Docket No. 14].

---

[1] Europcar Mobility Group S.A. is the debtor in this chapter 15 case. Europcar Mobility Group S.A. is a public limited company with registration number 489 099 903. The location of Europcar Mobility Group S.A.'s registered office is 13 ter Boulevard Berthier, 75017 Paris, France.

KE 111826395

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Chicago, Illinois
Dated: December 30, 2020

_Morgan Willis_
Morgan Willis

State of Illinois           )
                            ) ss
County of Cook              )

Subscribed and sworn to before me
this 30th day of December, 2020.

_Joan M. Engstrom_
Notary Public

"OFFICIAL SEAL"
Joan M. Engstrom
Notary Public, State of Illinois
My Commission Expires February 19, 2024

**Exhibit A**

**Via USPS Priority Mail and USPS First Class Mail**

Office of the U.S. Trustee (Region 2)
Attn: Andy Velez-Rivera
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Luc Péligry
Europcar Mobility Group S.A.
13 ter Boulevard Berthier
75017 Paris, France

Caroline Parot
Europcar Mobility Group S.A.
13 ter Boulevard Berthier
75017 Paris, France

SELARL FHB
Attn: *Maître* Hélène Bourbouloux
176 avenue Charles de Gaulle
92000 Neuilly-sur-Seine

The Bank of New York Mellon, London Branch
Attn: Trustee Administration Manager
One Canada Square
London E14 5AL
United Kingdom

The Bank of New York Mellon, London Branch
Attn: Tina Howson
One Canada Square
London E14 5AL
United Kingdom
Tina.Howson@bnymellon.com

The Bank of New York Mellon
SA/NV Luxembourg Branch
Vertigo Building – Polaris
2-4 rue Eugène Ruppert
L-2453 Luxembourg
Grand Duchy of Luxembourg

Mr. Paul-Louis Netter
Commercial Court of Paris
1 Quai de la Corse
75004 Paris, France

SELAFA MJA
Attn: *Maître* Lucile Jouve
102 rue du Faubourg Saint Denis
75010 Paris, France

Mr. Alain Fargeaud
Commercial Court of Paris
1 Quai de la Corse
75004 Paris, France

Alexandra Bigot
Latham & Watkins LLP
45, rue Saint-Dominique
75007 Paris, France
alexandra.bigot@lw.com

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
USA
adam.goldberg@lw.com

Bob Pedersen
Bryan Cave Leighton Paisner
1290 Avenue of the Americas
New York, NY 10104-3300
USA
repedersen@bclplaw.com

Jeffrey Chavkin
Bryan Cave Leighton Paisner
1290 Avenue of the Americas
New York, NY 10104-3300
USA
jschavkin@bryancave.com

Julie Genty
Crédit Agricole Corporate and Investment Bank
12 place des États Unis, CS 70052,
92547 Montrouge Cédex, France
Julie.Genty@ca-cib.com

HSBC Bank PLC
8 Canada Square
London E14 5HQ
United Kingdom

Ian Croft
Credit Suisse International
One Cabot Square
London, E14 4QJ
ian.croft@credit-suisse.com